# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KEITH ASHLOCK,**                                                                       **PLAINTIFF**
ADC #142034

v.                   **CASE NO. 1:16CV00169 BSM**

**WENDY KELLEY, Director,**
Arkansas Department of Correction, et al.                        **DEFENDANTS**

## ORDER

The partial recommended dispositions [Doc. Nos. 8, 25] submitted by United States Magistrate Judge Patricia S. Harris have been reviewed. No objections have been filed. After careful consideration, the partial recommended dispositions are hereby adopted in all respects. Plaintiff Keith Ashlock's claims against defendants Bailey and William Caldwell and all other claims, except for Ashlock's claim of inadequate treatment for Hepatitis-C, are dismissed without prejudice. *See* Doc. No. 8. Finally, defendants' motion to dismiss [Doc. No. 13] is denied. *See* Doc. No. 25.

IT IS SO ORDERED this 8th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE