# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**KEITH ASHLOCK**  **PLAINTIFF**
**ADC #142034**

v.  CASE NO. 1:16-CV-00169 BSM

**WENDY KELLEY,** *et al.*  **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 83] submitted by United States Magistrate Judge Patricia S. Harris has been received. Plaintiff Keith Ashlock has not submitted objections. After careful review of the record, the partial recommended disposition is hereby adopted in its entirety. Accordingly, defendants Kelley and Griffin's motion for summary judgment [Doc. No. 29] is granted and Ashlock's claims against them are dismissed without prejudice.

IT IS SO ORDERED this 1st day of February 2018.

_____
UNITED STATES DISTRICT JUDGE